UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

v.                                        Case No. 6:23-cv-2355-CEM-DCI

**THE COVELLI FAMILY
LIMITED PARTNERSHIP,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 18, 2024.



Copies furnished to:

Counsel of Record